UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF07043 (rev 10/2013)

In re:

**Brian Christopher Hage**,
**Kelly Jeanne Hage**,
      Debtors.

Case No. **19–00439–RLM–7A**

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on February 25, 2019, by Trustee Gregory S. Fehribach.

**NOTICE IS GIVEN** that all scheduled assets will be abandoned from the estate **except** 2018 Income Tax Refunds Due The Debtors (if Any) Federal. Any objection to the proposed abandonment of property must be filed with the Court by March 12, 2019. Objections should comply with S.D.Ind. B–9013–1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after March 12, 2019.

**NOTICE IS FURTHER GIVEN** that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by May 28, 2019 in order to share in any distribution from the estate.** Instructions to obtain a proof a claim form or to file electronically can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  February 26, 2019

                                            Kevin P. Dempsey
                                            Clerk, U.S. Bankruptcy Court